**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

```
IN RE:                                              Case No.: 10-12431
    JOHN C SZUMOWSKI                                Chapter 13
    2484 RIDGE RD                                   HEARING DATE: Sep 23, 2010
    SCHENECTADY NY 12302-6740
```

--------------------------------------------------------------------------------
### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
--------------------------------------------------------------------------------

Andrea E.Celli, Chapter 13 Standing Trustee for the Northern District of New York (the "Trustee") states the following as and for her objection to confirmation of the Chapter 13 Plan. The Debtor(s) filed the petition for relief on Jun 29, 2010.

The Proposed Plan is as follows:

    $200/MO X 60 MONTHS, PLUS $45,771.40 LUMP SUM @ 60TH

The Trusee objects to the confirmation of the proposed plan on the following grounds:

The Trustee has determined that the debtor'(s)' income is below the State Median Income.

  X  LIQUIDATION: The Plan does not provide general unsecured Creditors with at least
     as much as they would have received if the Debtor had filed a Chapter 7 liquidation
     proceeding as required pursuant to 11 U.S.C. Section 1325(a)(4). Trustee's initial
     minimum liquidation calculation = $          .00 .
         - NEED INFO

  X  INFORMATION NEEDED: The Trustee cannot determine if all provisions of 11 U.S.C.
     Section 1325 have been met and requests additional information to assist in her
     determination, as follows:
         - BANK STATEMENTS FOR DATE OF FILING
         - VALUATION OF TOOLS


**WHEREFORE,** the Trustee respectfully requests that this Court issue an Order denying confirmation of the plan or briefly adjourning the hearing on confirmation to allow the movant to resolve the objection contained herein.

Dated: September 13, 2010

                                        /S/ ANDREA E. CELLI
                                        Andrea E. Celli, Chapter 13 Trustee
                                        7 Southwoods Blvd.
                                        Albany, New York  12211

---
**CERTIFICATE OF MAILING**
---

The undersigned hereby certifies that a copy of this objection was mailed this date to the parties noted below:

Dated: September 13, 2010          Signed: /s/  SANDRA L. SPRING

Debtor(s) above

Attorney: RONALD J. KIM
         LAW OFFICES OF RONALD J. KIM
         POB 318
         SARATOGA SPRINGS, NY 12866


Sworn to me on this the 13th day of September, 2010.

/s/ Cheryl Corning
Notary Public   State of New York
CHERYL CORNING, NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN RENNSSELAER COUNTY #01C06024424
COMMISSION EXPIRES MAY 10, 2011