*Exhibit "A"*

| | |
|---|---|
| Return Mail Address Only | IF PAYING BY CREDIT CARD |
| CDNIAG01 | CHECK CARD USING FOR PAYMENT. |
| PO Box 1022 | |
| Wixom MI 48393-1022 | |
| ADDRESS SERVICE REQUESTED | |



| CARD NUMBER | CV CODE | AMOUNT $ |
|---|---|---|
| SIGNATURE | | EXP. DATE |
| ACCOUNT NUMBER 1590550 | TOTAL AMOUNT DUE $1617.31 | AMOUNT ENCLOSED $ |

\* \* \* Credit Card Payments Processed by Shipman Print Solutions \* \* \*

January 07, 2010     TOLL FREE: 1-800-381-0416

**PLEASE SUBMIT PAYMENT TO:**
Niagara Credit Solutions, Inc.
420 Lawrence Bell Drive, Ste 2
Williamsville NY 14221-7820

1590550-SIF35     273726344

John C Szumowski
2484 Ridge Rd
Scotia NY 12302-6740

\* \* \* Detach Upper Portion and Return with Payment \* \* \*

| Niagara Account # | Reference Creditor | Total Amount Due |
|---|---|---|
| 1590550 | Bank Of America | $1617.31 |
| **Date** | **Regarding Our Client** | **Client Account #** |
| January 07, 2010 | Worldwide Asset Purchasing II | 48888930395258079 |

Niagara Credit Solutions, Inc. has been authorized to accept a settlement in full on the above mentioned account. Upon receipt and clearance of sufficient funds, this settlement will satisfy the debt in full, saving you a lot of money.

To accept this settlement offer, the following terms must be met:

- A one time payment of $566.06 must be received in our office no later than 6/26/2009.

You may return the tear-off portion of this letter with your check or money order. Visa, Mastercard and American Express card holders may pay by filling in the box above and returning the tear off portion to our offices. Please note all credit card payments will be processed by our merchant and will appear on your statement as a purchase made to Shipman Print Solutions.

If you have any questions please feel free to contact our offices at 1-800-381-0416 and a friendly customer service representative will help to explain your available options. For your convenience we accept payment with check by phone, most major credit cards, money-gram or bank-to-bank wire. Operators are standing by to help.

Failure to meet the settlement terms as listed above may result in the settlement offer being revoked. We are not obligated to renew this offer. Federal law requires we notify you that this communication is from a professional debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Niagara Credit Solutions, Inc.
Toll Free: 1-800-381-0416

Hours of Operation: Monday - Thursday 8AM - 9PM Eastern, Friday 8AM - 5PM Eastern, Saturday 8AM – 12 Noon Eastern

**Niagara Credit Solutions, Inc.**     420 Lawrence Bell Dr. Suite 2, Williamsville NY 14221

BCDNIAG01SIF35