EXHIBIT B



## Schenectady County Endorsement Page

JOHN J. WOODWARD
Schenectady County Clerk
620 State Street
Schenectady, NY 12305

DOCUMENT TYPE  _Assignment of Mortgage_

FROM PARTY  _MERS_

FROM PARTY  _____

TO PARTY  _Countrywide Home Loans, Inc_

TO PARTY  _____

RECORDED
07/15/2008 2:27:28 PM
County Clerk
JOHN J. WOODWARD
SCHENECTADY COUNTY, NY

Book/Page: MORT/3952/241
Total Pages: 2
Receipt No:         501639
Doc No:          2008-1059
Inst Num:        200829333

| | |
|---|---|
| NY LAND SUR | $4.75 |
| NY LAND COMP SUR | $14.25 |
| CO GENERAL REVENUE | $18.50 |
| CO LAND SUR | $0.25 |
| CO LAND COMP SUR | $0.75 |
| TOTAL PAID | $38.50 |

INV: 501639 USER: ELM

RETURN TO  **BLUE TITLE SERVICES, LLC**
**30 W. BROAD ST., SUITE 102**
**OLD CITY HALL / IRVING PLACE**
**ROCHESTER, NY 14614**
716-955-5111

IMPORTANT

This sheet constitutes the Clerk's endorsement in accordance with Local Law #7 of 1996 (Effective 9/1/96). DO NOT DETACH. Upon recording, this page becomes part of the document.

MORT Book 3952 Page 242
Doc No 2008-1059

Loan # 

## ASSIGNMENT OF MORTGAGE

County of SCHENECTADY, State of New York

Assignor: **Mortgage Electronic Registration Systems, Inc., as nominee for Home Funding Finders, Inc. its successors and assigns, 3300 SW 34th Avenue Suite 101, Ocala, FL 34474**

Assignee: **Countywide Home Loans, Inc., 400 Countrywide Way, Simi Valley, CA 93065**

Original Lender: **Mortgage Electronic Registration Systems, Inc., as nominee for Home Funding Finders, Inc. its successors and assigns**

Mortgage made by JOHN SZUMOWSKI, CATHERINE SZUMOWSKI, dated the 9th day of September, 2004 in the amount of **One hundred and twenty five thousand dollars ($125,000.00)** and interest, recorded on the 22nd day of November, 2004 in the Office of the Clerk of the County of SCHENECTADY at Liber 3423 of Mortgages at Page 596.

This said mortgage has not been otherwise assigned.

Property Address: 2484 RIDGE ROAD, SCOTIA, NY 12302
SBL # 14.1-2-5

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.
*TO HAVE AND TO HOLD* the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 30 day of June, 2008.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc., as nominee for Home Funding Finders, Inc. its successors and assigns

BY: _____
Elpiniki Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie   ss:
On the 30 day of June in the year 2008 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____. (Insert city or political subdivision and state or other place acknowledgment taken--- if acknowledgment is taken outside of New York State)

Notary Public


30 W. BROAD STREET SUITE 100
IRVING PLACE / OLD CITY HALL
ROCHESTER, NY 14614
716-955-6111

**JAMIE CANELLA**
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION No. 01CA6121112
QUALIFIED IN ERIE COUNTY
My Commission Expires January 10, 20_09_