| Mailing Address |  | Phone Number |
|---|---|---|
| P.O. Box 1291 | | 716-204-2400 |
| Buffalo, NY 14240-1291 | | |
| | | Fax Number |
| OvernightMail | **STEVEN J. BAUM, P.C.** | 716-204-4600 |
| 220 Northpointe Parkway | ATTORNEYS AT LAW | Not for Service |
| Suite G | | Web Site |
| Amherst, NY 14228 | | WWW.MBAUM.COM |

February 9, 2011

Chambers, Hon. Robert E. Littlefield, Jr.
Chief Judge, United States Bankruptcy Court
Northern District Of New York
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, NY 12207

Re:       John C. Szumowski
Case No.  10-12431-rel

Dear Judge Littlefield:

     Enclosed is a copy of the original Note that was received by my office with respect to the above matter. Said Note was viewed by the U.S. Trustee at my office on February 1, 2011.

     If you have any questions, please feel free to call.

                                                      Very truly yours,

                                                      STEVEN J. BAUM, P.C.

                                                      By:    Natalie A. Grigg, Esq.

cc:       Ronald Kim, Esq.
         Lisa Penpraze, Esq.

Enc.