UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re:<br><br>JOHN C. SZUMOWSKI<br><br>　　　　　　　Debtor. | **NOTICE OF MOTION FOR<br>PROTECTIVE ORDER**<br><br>Case No.: 10-12431-rel<br>(Chapter 13)<br><br>Assigned to:<br>Hon. Robert E. Littlefield, Jr.<br>Chief Bankruptcy Judge |

Please take notice that BAC Home Loans Servicing, LP (BAC), a secured creditor of Debtor, by the undersigned attorneys, will move this Court on the 26th day of May 2011 at 9:15 a.m. or as soon thereafter as counsel can be heard, at the United States Bankruptcy Court, 445 Broadway Suite 327, Albany, NY 12207 for a Protective Order pursuant to Section 107(b) of the Bankruptcy Code and Rules 7026(c) and 9018 of the Federal Rules of Bankruptcy Procedure and for such other relief as the Court may deem proper.

**PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL RULE 9013.1(c), IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.**

DATED:　April 19, 2011
　　　　　Amherst, New York

　　　　　　　　　　　　　　　　　　　　　　Yours, etc.

　　　　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　　　Natalie A. Grigg, Esq.
　　　　　　　　　　　　　　　　　　　　　STEVEN J. BAUM, P.C.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Secured Creditor
　　　　　　　　　　　　　　　　　　　　　BAC Home Loans Servicing, LP
　　　　　　　　　　　　　　　　　　　　　Office and Post Address:
　　　　　　　　　　　　　　　　　　　　　220 Northpointe Parkway, Suite G

                                                            Amherst, NY 14228  
                                                            Telephone 716-204-2400

TO:

| | |
|---|---|
| JOHN C. SZUMOWSKI<br>2484 Ridge Rd<br>Schenectady, NY 12302-6740 | Debtor |
| RONALD J. KIM, ESQ.<br>Law Offices of Ronald J. Kim<br>P.O. Box 318<br>Saratoga Springs, NY 12866 | Attorney for Debtor |
| ANDREA E. CELLI, ESQ.<br>7 Southwoods Boulevard<br>Albany, NY 12211 | Chapter 13 Trustee |
| Lisa Penpraze, Esq.<br>Office of The U.S. Trustee<br>74 Chapel Street<br>Suite 200<br>Albany, NY 12207 | U.S. Trustee |