| Mailing Address |  | Phone Number |
|---|---|---|
| P.O. Box 1291 | | 716-204-2400 |
| Buffalo, NY 14240-1291 | | |
| | | Fax Number |
| OvernightMail | STEVEN J. BAUM, P.C. | 716-204-4600 |
| 220 Northpointe Parkway | ATTORNEYS AT LAW | Not for Service |
| Suite G | | Web Site |
| Amherst, NY 14228 | | WWW.MBAUM.COM |

June 29, 2011

Chambers, Hon. Robert E. Littlefield, Jr.
Chief Judge, United States Bankruptcy Court
Northern District Of New York
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, NY 12207

Re:      John C. Szumowski
Case No.   10-12431-rel

Dear Judge Littlefield:

    Please accept this letter as a request to withdraw the affidavit of Carolin Hoff attached as "Exhibit D" to the affirmation dated January 5, 2011 and docketed as Number 23 on January 6, 2011.

    If you have any questions, please feel free to call.

    Very truly yours,

    STEVEN J. BAUM, P.C.

    By:   Natalie A. Grigg, Esq.

cc:   Ronald Kim, Esq.
      Lisa Penpraze, Esq.