UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
In re,

JOHN C. SZUMOWSKI,

       Debtor.

APPLICATION FOR ORDER SHORTENING TIME

Case No. 10-12431
(Chapter 13)

-------------------------------------------------------

    VINCENT E. DOYLE III, ESQ., an attorney duly admitted to practice before the United States Bankruptcy Court for the Northern District of New York in this matter, requests an Order shortening the time for notice and hearing of the motion to quash the subpoena seeking the deposition of non-party Elpiniki Bechakas, Esq., and states as follows:

    1.    I am an attorney at law duly licensed to practice my profession in the State of New York and am a partner in the law firm of CONNORS & VILARDO, LLP, attorney for non-party, Law Offices of Steven J. Baum, P.C. ("the Baum firm"), in the above-captioned matter; as such, I am familiar with the facts and circumstances of this motion.

    2.    I was admitted Pro Hac Vice in this matter by an Order of this Court, granted January 11, 2011.

    3.    On September 30, 2011 I filed and served a motion seeking an Order of this Court quashing the debtor's subpoena directed to non-party, Elpiniki Bechakas, an attorney employed by the Baum firm. That notice of motion and accompanying declaration and memorandum of law are docketed at numbers 62-64.

4. That motion is presently returnable on October 27, 2011 at 9:15 a.m.

5. Because the subpoena directed to Ms. Bechakas requires her deposition to occur on October 20, 2011, it is respectfully requested that this Court issue an Order shortening the time in which this motion may be noticed and heard.

6. Shortening notice is requested because the deposition is scheduled to occur before the motion to quash is heard.

7. Accordingly, the motion to quash the subpoena should be addressed by the Court as soon as reasonably proper.

8. Good cause exists for invoking the Court's discretion in shortening the time of the notice to be given to all parties and moving the return date of the motion to some time before October 20, 2011.

9. In the alternative, non-party Baum firm respectfully requests an Order of this Court staying the deposition of Ms. Bechakas until after the motion to quash the subpoena -- which is presently returnable only one week after the deposition is scheduled to take place -- is argued and decided.

WHEREFORE, non-party, Law Offices of Steven J. Baum, P.C., requests an Order of this Court: (1) shortening the notice of the Motion; (2) moving the return date of the motion to quash the subpoena up to a date prior to October 20, 2011; (3) or, in the alternative, staying the deposition of Ms. Bechakas until after the motion to quash the subpoena is argued and decided; (4) together with such other relief as this Court may deem just and proper.

DATED:   Buffalo, New York
         October 14, 2011

                                    _____
                                    Vincent E. Doyle III, Esq.
                                    CONNORS & VILARDO, LLP
                                    Attorneys for Steven J. Baum, P.C.
                                    1000 Liberty Building
                                    Buffalo, New York  14202
                                    (716) 852-5533
                                    ved@connors-vilardo.com