# Ron

**From:** Ron [ron@ronaldkimlaw.com]
**Sent:** Friday, October 21, 2011 2:35 PM
**To:** 'Natalie A. Grigg'
**Subject:** Szumowski

**JournalPM:** J

Natalie:

Please be advised that if I do not receive a proposed stipulation/hold harmless agreement by the end of business on Wednesday, October 26, 2011, I will file a motion for contempt---I simply cannot wait any longer to have these original documents tested.

Sincerely,

Ron

Law Offices of Ronald J. Kim
PO Box 318
Saratoga Springs, NY 12866
518-581-8416 Telephone
518-583-9059 Facsimile
ron@ronaldkimlaw.com E-Mail
www.ronaldkimlaw.com Website

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone or electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege. Thank you.