UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

JOHN C. SZUMOWSKI

Debtor.

**SUBSTITUTION OF ATTORNEY**

Case No.: 10-12431-rel
(Chapter 13)

Assigned to:
Hon. Robert E. Littlefield, Jr., Chief Judge
Bankruptcy Judge

The undersigned hereby agrees that the firm of Locke Lord, LLP located at Three World Financial Center New York, NY 10281 be substituted as attorney of record for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP in the above-captioned Bankruptcy matter, in place of Steven J. Baum, P.C.

This Stipulation may be executed in counterpart originals with the same force and effect as if fully and simultaneously executed in the single original document, with facsimile signatures to be given the same effect as original signatures.

Steven J. Baum, P.C.

By: _Natalie A. Grigg_
Natalie A. Grigg, Esq.
220 Northpointe Parkway Suite G
Amherst, NY 14228
716-204-2400

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP

By: _Nicole Bensend_
Print Name: Nicole Bensend
Title: AVP, Operations Team Lead

STATE OF TEXAS )
COUNTY OF TARRANT ) SS.:

On the 6th day of December, 20 11, before me the undersigned, personally appeared Nicole Bensend, personally known to be or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within the instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the
Fort Worth, TX
(insert the city and state or country the acknowledged was taken)

_Tabaki F. Placide_
NOTARY PUBLIC

TABAKI F PLACIDE
Notary Public, State of Texas
My Commission Expires
March 26, 2014

122230