UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re                                                                  **NOTICE OF APPEARANCE**

JOHN C. SZUMOWSKI,                                   Case No. 10-12431
                                                                         (Chapter 13)
                         Debtor.

_____

       PLEASE TAKE NOTICE THAT Personius Melber, LLP, Rodney O. Personius, Esq., of counsel, does hereby formally appear as counsel of record for deposition witness Elpiniki Bechakas, Esq. in regard to this action.

Dated: Buffalo, New York
          January 5, 2012.

                                                              **/s/ Rodney O. Personius**
                                                             Rodney O. Personius, Esq.
                                                              PERSONIUS MELBER LLP
                                                              *Attorneys for Elpiniki Bechakas, Esq.*
                                                              2100 Main Place Tower
                                                              Buffalo, NY  14202
                                                              (716)  855-1050
                                                              rop@personiumelber.com
                                                              Bar Roll No. 510566

TO:    Vincent E. Doyle, III, Esq.
          CONNORS & VILARDO, LLP
          1000 Liberty Building
          Buffalo, NY  14202
          (716)  852-5533

          Ronald J. Kim, Esq.
          LAW OFFICES OF RONALD J. KIM
          P.O. Box 318
          Saratoga Springs, NY  12866
          (518)  581-8416
          christie@ronaldkimlaw.com

LOCKE LORD, LLP
Three World Financial Center
New York, NY  10281

Lisa M. Penpraze, Esq.
Office of the United States Trustee
74 Chapel Street
Albany, NY  12207
(518)  434-4553
lisa.penpraze@usdoj.gov

Randa R. Simmons
STEVEN J. BAUM, PC
220 Northpointe Parkway, Suite G
Amherst, NY  14228
(716)  204-3422
rsimmons@mbaum.com

Andrea E. Celli
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY  12211
(518)  449-2043
legal@ch13albany.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2012, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Vincent E. Doyle, III, Esq.
CONNORS & VILARDO, LLP
1000 Liberty Building
Buffalo, NY  14202
(716)  852-5533

Ronald J. Kim, Esq.
LAW OFFICES OF RONALD J. KIM
P.O. Box 318
Saratoga Springs, NY  12866
(518)  581-8416
christie@ronaldkimlaw.com

LOCKE LORD, LLP
Three World Financial Center
New York, NY  10281

Lisa M. Penpraze, Esq.
Office of the United States Trustee
74 Chapel Street
Albany, NY  12207
(518)  434-4553
lisa.penpraze@usdoj.gov

Randa R. Simmons
STEVEN J. BAUM, PC
220 Northpointe Parkway, Suite G
Amherst, NY  14228
(716)  204-3422
rsimmons@mbaum.com

Andrea E. Celli
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY  12211
(518)  449-2043
legal@ch13albany.com

/s/ **Rodney O. Personius**
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP
*Attorneys for Elpiniki Bechakas, Esq.*
2100 Main Place Tower
Buffalo, NY  14202
(716)  855-1050
rop@personiumelber.com
Bar Roll No. 510566