UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

JOHN C. SZUMOWSKI

          Debtor.

**SUBSTITUTION OF CREDITOR ATTORNEY**

Case No.: 10-12431-rel
(Chapter 13)

Assigned to:
Hon. ROBERT E. LITTLEFIELD, JR., CHIEF JUDGE
Bankruptcy Judge

IT IS HEREBY CONSENTED that the attorney of record for Secured Creditor Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP fka Countrywide Home Loans, Inc. be changed, and that

          **Frenkel Lambert Weiss Weisman & Gordon, LLP**
          **20 West Main Street**
          **Bayshore, NY 11706**

, be substituted as attorney for Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP fka Countrywide Home Loans, Inc. in this action, in the place and instead of Steven J. Baum, P.C..
DATE: January 19, 2012

          Steven J. Baum, P.C.
          By: _/s/ Nicole Gazzo_
          Nicole C. Gazzo, Esq.
          220 Northpointe Parkway Suite G
          Amherst, NY 14228
          716-204-2400

Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP fka Countrywide Home Loans, Inc.

By: _____
Print Name: Yisroel Tzvi Estrin
Title: Assistant Vice President (AVP)

STATE OF Pennsylvania    )
COUNTY OF Allegheny    ) SS.:

On the 27th day of January, 2012, before me the undersigned, personally appeared Yisroel Tzvi Estrin (AVP), personally known to be or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within the instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of Pittsburgh, State of Pennsylvania
(insert the city and state or country the acknowledged was taken)

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Dana M. Maguire, Notary Public
North Beaver Township, Lawrence County
My commission expires April 16, 2013

122230

Case # 10-12431-rel    Page 2 of 2