UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

    John C. Szumowski                  **NOTICE OF APPEARANCE**

                 Debtor.            Case No.: 10-12431-rel
------------------------------------------------------------X

**S I R S :**

    **PLEASE TAKE NOTICE,** that BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOAN, hereby appears in this action and the undersigned has been retained as attorneys for said creditor and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
        March 26, 2012

                                           Yours, etc.

                                           Frenkel, Lambert, Weiss,
                                           Weisman & Gordon, LLP
                                           Attorneys for Secured Creditor
                                           Karen M. Sheehan
                                           20 West Main Street
                                           Bay Shore, New York 11706
                                           (631) 969-3100
                                           Our File No.:01-046683-B00