**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: John C. Szumowski ) | |
| ) | **Case No.: 10-12431** |
| Debtor(s) ) | **Chapter 13** |
| Address:    2484 Ridge Road ) | |
| Scotia, NY 12302 ) | |
| Last four digits of Social Security No.(s):  2830 ) | |

**NOTICE OF MOTION TO**
**WITHDRAW AS ATTORNEY OF RECORD**

  **PLEASE TAKE** NOTICE, that upon the declaration of Ronald J. Kim, Esq., dated April 19, 2012, the Law Offices of Ronald J. Kim, will move this Court for an order allowing the firm to withdraw as counsel for the debtor herein.

  Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

  If you do not want the Court to grant the relief requested in the motion, or if you want the Court to consider your views on the motion, then on or before May 24, 2012, you or your attorney must:

  File with the Court a written response, explaining your position at:

Court Clerk
U.S. Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 327
Albany, New York 12207

  If you mail your response to the Court for filing, you must mail it early enough so the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Andrea E. Celli, Esq. | Ronald J. Kim, Esq. |
| Chapter 13 Standing Trustee | Attorney for Debtor(s) |
| 7 Southwoods Boulevard | Law Offices of Ronald J. Kim |
| Albany, NY 12211 | P.O. Box 318 |
| | Saratoga Springs, NY 12866 |

Attend the hearing scheduled to be held on **May 31, 2012, at 9:15 a.m.**, in Courtroom 306, United States Bankruptcy Court, James T. Foley U.S. Courthouse, Albany, New York.

PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION.  IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.

Dated: Saratoga Springs
April 19, 2012

                                          */s/Ronald J. Kim/s/*_____
                                          Ronald J. Kim, Esq.
                                          *Attorney for Debtor(s)*
                                          Bar Roll #511156
                                          Law Offices of Ronald J. Kim
                                          P.O. Box 318
                                          Saratoga Springs, NY 12866
                                          518-581-8416 Telephone
                                          518-583-9059 Facsimile
                                          Ron@RonaldKimLaw.com E-mail