UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

JOHN C SZUMOWSKI
( SSN: XXX-XX-2830 )
              Debtor.

Hearing Date:    May 31, 2012
Hearing Time:    12:15
Hearing Location:    Albany

Case No. 10-12431
Chapter 13

### TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS

    PLEASE TAKE NOTICE that the undersigned Trustee will move this Court for an Order dismissing this case.  Said motion shall be heard at the United States Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Suite 306, Albany, NY  12207 on May, 31, 2012 at 12:15.

    The undersigned Trustee hereby moves pursuant to Section 1307(c) of the Bankruptcy Code (11 U.S.C. 1307) that an order be entered dismissing this case for the following cause:

        -Default in payments under the terms of the purposed/confirmed plan.

        (Debtor information available at www.13datacenter.com)

Dated:    May 10, 2012

/s/ Andrea E. Celli
Andrea E. Celli
Chapter 13 Standing Trustee
7 Southwoods Blvd.
Albany, NY  12211

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:   JOHN C SZUMOWSKI

**AFFIDAVIT OF SERVICE**
Case No.: 10-12431

Debtor

CORRI CORNING, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE IS OVER THE AGE OF 18 YEARS; THAT SHE SERVED A COPY OF **TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS** DATED MAY 10, 2012 ON THE FOLLOWING MANNERS: ON MAY 10, 2012.

**VIA ELECTRONIC FILING:**

Office of the United States Trustee
74 Chapel Street
Albany, NY  12207

RONALD J. KIM
LAW OFFICES OF RONALD J. KIM
POB 318
SARATOGA SPRINGS, NY  12866

**VIA REGULAR U.S. MAIL**

JOHN C SZUMOWSKI
2484 RIDGE RD
SCHENECTADY, NY  12302-6740

BY DEPOSTING A TRUE AND CORRECT COPY OF THE SAME PROPERLY ENCLOSED IN A POST-PAID WRAPPER IN THE OFFICIAL DEPOSITORY MAINTAINED AT 7 SOUTHWOODS PLAZA, ALBANY, NEW YORK DIRECTED TO SAID PERSON(S), AT SAID ADDRESSES.

/s/ CORRI CORNING
CORRI CORNING

Sworn before me this
10th day of May, 2012

/s/ Traci Bidwell
Reg. # 01B16154198
Notary Public - State of NY
Qualified in Schoharie County
My Comission Expires 10/23/2014