UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

IN RE
    John C. Szumowski

CASE NO. 10-12431

DEBTOR(S)

CHAPTER 13
_____

# SUA SPONTE CONDITIONAL ORDER OF DISMISSAL

This chapter 13 case having been filed on  June 29th, 2010  and the most recent adjourned confirmation hearing having been held on June 21st, 2012 , and the court having found that further delay in confirming a chapter 13 plan will be prejudicial to creditors, it is hereby

ORDERED, AND NOTICE IS HEREBY GIVEN,   that the above captioned case will be dismissed  pursuant to 11 U.S.C. §§ 105(a) and 1307(c) on the 16th  day of  August 2012, without further hearing, unless on or before that date the Chapter 13 plan of the debtor(s) is confirmed, or the case is dismissed or converted to another chapter; and it is further

ORDERED, that the court will issue a final order of dismissal if the terms of this order are not complied with.

Dated: June 21st, 2012
    Albany, NY                                     /s/Robert E. Littlefield, Jr.
                                                 Hon. Robert E. Littlefield, Jr.
                                                 U.S. Bankruptcy Judge